IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shamrock Foods Company, | No. CV-08-0219-PHX-ROS |
| Plaintiff, | **ORDER** |
| vs. | |
| Jeff Gast; and Sysco Food Services of Arizona, Inc., | |
| Defendants. | |

Pending is Defendants' Motion to Dismiss (Doc. 17) and Plaintiff's Amended Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 11). On February 3, 2008, Plaintiff filed a complaint and motion for temporary restraining order. The complaint asserts that this Court has federal-question jurisdiction under the Computer Fraud and Abuse Act ("CFAA"), 18 U.S.C. § 1030. Plaintiff also brings a host of state common law and statutory claims. Defendants moved to dismiss the CFAA claims for failure to state a claim and the remaining state law claims for lack of subject matter jurisdiction.

After review of the briefs and relevant law, the Court finds that Plaintiff has failed to state a claim under the CFAA. Further, the Court will not exercise supplemental jurisdiction over the remaining state law claims. Thus, the Court will dismiss the CFAA claims for

1 failure to state a claim and the remaining state law claims for lack of subject matter
2 jurisdiction. An opinion detailing the Court's reasoning will be forthcoming.

4     Accordingly,
5     **IT IS ORDERED** Defendants' Motion to Dismiss (Doc. 17) is **GRANTED**.
6     **IT IS FURTHER ORDERED** Plaintiff's Amended Emergency Motion for
7 Temporary Restraining Order and Preliminary Injunction (Doc. 11) is **DENIED AS MOOT**.
8     **IT IS FURTHER ORDERED** the Clerk of Court shall close this case.
9     DATED this 15th day of February, 2008.

_____
Roslyn O. Silver
United States District Judge