## UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| SHAMROCK FOODS COMPANY, ) | **JUDGMENT IN A CIVIL CASE** |
| ) | |
| ) | CV 08-0219-PHX-ROS |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JEFF GAST, SYSCO FOOD SERVICES ) | |
| OF ARIZONA, INC., ) | |
| ) | |
| Defendants. ) | |

\_\_\_   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**  pursuant to the Court's order filed February 15, 2008, judgment is entered in favor of defendants and against plaintiff.  Plaintiff to take nothing, and complaint and action are dismissed.

February 15, 2008

RICHARD H. WEARE
District Court
Executive/Clerk

By: s/D. Taylor
      Deputy Clerk